TIMOTHY COURCHAINE
United States Attorney
District of Arizona
WILLIAM GEORGE
Special Assistant U.S. Attorney
Florida State Bar No. 0760811
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: William.George2@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Apr 29 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Jose Arcia-Morales,

Defendant.

No.  CR-25-08055-PCT-JFM

Mag. No. 2:25-MJ-01461-JFM

**INFORMATION**

VIO:    8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)
(Transportation of an Illegal Alien for Profit)
Count 1

18 U.S.C. § 371
(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)
Count 2

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>**COUNT 1**</u>

On or about April 7, 2025, in the District of Arizona, the defendant, JOSE ARCIA-MORALES, knowing and in reckless disregard of the fact that certain aliens, Carlos Alexis Corado-Ruano and Ismael Pu-Mucia, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and

(a)(1)(B)(ii).

## COUNT 2

Beginning on an unknown date and continuing up to and including April 7, 2025, in the District of Arizona and elsewhere, defendant JOSE ARCIA-MORALES did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1.     On or before April 7, 2025, unknown co-conspirators in Mexico brought Carlos Alexis Corado-Ruano and Ismael Pu-Mucia to the Mexican border with the United States, with the purpose that Carlos Alexis Corado-Ruano and Ismael Pu-Mucia would enter the United States, knowing and in reckless disregard of the fact that Carlos Alexis Corado-Ruano and Ismael Pu-Mucia did not have prior official authorization to come to, enter, and reside in the United States; and

2.     On or about April 7, 2025, defendant JOSE ARCIA-MORALES transported Carlos Alexis Corado-Ruano and Ismael Pu-Mucia in a vehicle within the District of Arizona to facilitate Carlos Alexis Corado-Ruano and Ismael Pu-Mucia's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this ___18th___ day of April 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Wm George*

WILLIAM GEORGE
Special Assistant U.S. Attorney

-2-